DoA, 2-18-26

# UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

United States of America

v.

Manuel Felix Pantoja

Case No.: 26-8061 MJ

**CRIMINAL COMPLAINT**
**(Electronically Submitted)**

I, Sarah North, the undersigned complainant, being duly sworn, state that the following is true and correct to the best of my knowledge and belief:

### COUNT 1    (Knowing Receipt of Child Pornography)

Between in or about July 2024 and on or about February 18, 2026, in the District of Arizona, Defendant Manuel Felix Pantoja, did knowingly receive a visual depiction that involved the use of a minor engaging in sexually explicit conduct and such visual depiction was of such conduct.  The visual depiction had been mailed, had been shipped and transported using any means and facility of interstate and foreign commerce and in and affecting interstate and foreign commerce, and had been produced using materials which had been mailed, shipped and transported by any means, including by computer.

In violation of Title 18, United States Code, Sections 2252(a)(2), (b)(1), and 2256. See Attachment A.

### COUNT 2 (Knowing Possession of Child Pornography)

On or about February 18, 2026, in the District of Arizona, Defendant Manuel Felix Pantoja, did knowingly possess and access with intent to view 1 or more matter which contains any visual depiction that has been mailed, or has been shipped or transported in interstate or foreign commerce or in or affecting interstate or foreign commerce, or which was produced using materials which have been mailed or so shipped or transported, by any means including by computer, if the production of such visual depiction involved the use of a minor engaging in sexually explicit conduct and such visual depiction is of such conduct.   The files contained a prepubescent minor or minor under age 12.

In violation of Title 18, United States Code, Sections 2252(a)(4)(B), (b)(2), and 2256. See Attachment A.

I further state that I am a Special Agent from the FBI and that this complaint is based on the following facts: **See Attached Statement of Probable Cause Incorporated By Reference Herein.**

Continued on the attached sheet and made a part hereof:    ☒Yes    ☐ No

AUTHORIZED BY: _s/Gayle L. Helart_, AUSA    *Gayle L. Helart*    Digitally signed by GAYLE HELART
Date: 2026.02.19 10:45:27 -07'00'

Sarah North, Special Agent, FBI    SARAH NORTH    Digitally signed by SARAH NORTH
Date: 2026.02.19 10:41:13 -07'00'
_____
Name of Complainant    Signature of Complainant

Telephonically Sworn to and subscribed

2-19-26    at    Phoenix, Arizona
_____        _____
Date    City and State

HONORABLE JOHN Z. BOYLE
United States Magistrate Judge    _____
Name & Title of Judicial Officer    Signature of Judicial Officer

## Attachment A
## Statutes

**Count 1:  Receipt of Child Pornography.**  It is a violation under 18 U.S.C. § 2252(a)(2) to knowingly receive a visual depiction that involved the use of a minor engaging in sexually explicit conduct and such visual depiction was of such conduct.  The visual depiction in this case had been mailed, had been shipped and transported using any means and facility of interstate and foreign commerce, i.e. the internet, and in and affecting interstate and foreign commerce, and had been produced using materials which had been mailed, shipped and transported by any means, including by computer.

A violation of 18 U.S.C. § 2252(a)(2), (b)(1), and 2256 is punishable by 5-20 years, $250,000, and between 5 – lifetime supervised release.

**Count 2:  Possession of Child Pornography.**  It is a violation under 18 U.S.C. § 2252(a)(4)(B) to knowingly possess or access with the intent to view, or attempting or conspiring to possess or access with the intent to view, 1 or more matter which contain any visual depiction that has been mailed, or has been shipped or transported using any means or facility of interstate or foreign commerce or in or affecting interstate or foreign commerce, or which was produced using materials which have been mailed or so shipped or transported, by any means including by computer, if the production of such visual depiction involved the use of a minor engaging in sexually explicit conduct and such visual depiction is of such conduct.  In this case, the Possession of Child Pornography included a prepubescent minor or a minor under age 12.

A violation of 18 U.S.C. § 2252(a)(4)(B), (b)(2), and 2256 is punishable by 0-20 years,  $250,000, and between 5 – lifetime supervised release.

## STATEMENT OF PROBABLE CAUSE

I, Sarah North, Special Agent with the Federal Bureau of Investigation (FBI), being first duly sworn, hereby depose and state as follows:

## INTRODUCTION AND AGENT BACKGROUND

1.     On February 18, 2026, federal agents and other law enforcement executed three search warrants that were authorized on February 13, 2026, by the Honorable Eileen S. Willett for a residence (located at 7111 N. 75th Ave., Glendale, AZ  85303-2526) (Case No. 26-9032 MB), a vehicle registered to the residence (Case No. 26-9033 MB), and the person of Manuel Pantoja (Case No. 26-9031 MB), who lived at the residence and drove the vehicle, for digital devices and other evidence relating to child pornography violations. The search warrants were sealed.

2.     Manuel Pantoja (DOB 1991), is a 34-year-old male who knowingly received, accessed, and viewed child pornography as it is defined under federal law, 18 U.S.C. § 2256, on many occasions from at least in or about July 2024 through in or about February 2026. During this time, Pantoja used various means to access and view the Child Pornography, including criminal marketplaces on the dark web, as well as internet-based, peer-to-peer encrypted messaging applications. On February 18, 2026, Pantoja possessed child pornography which he obtained through various means affecting interstate or foreign commerce.

3.     I submit there is probable cause for Pantoja's arrest for violations of Receipt of Child Pornography, in violation of 18 U.S.C. § 2252(a)(2), and Possession of and Access with Intent to View Child Pornography, in violation of 18 U.S.C. § 2252(a)(4)(B).

4.    I am a Special Agent with the Federal Bureau of Investigation (FBI) and have been since July 2017. I completed six months of new agent training at Quantico, Virginia.  Since that time, I have been assigned investigative responsibilities in the areas of violent crimes against children, violent gangs and criminal enterprise investigations in the FBI Anchorage and Phoenix Field Offices. I am currently assigned to the Violent Crimes Against Children squad in the FBI Phoenix Field Office. The Phoenix Field Office is located within the District of Arizona. During this assignment, I have focused on drug, violent gang, criminal enterprise, bank robbery, human trafficking, child pornography, international parental kidnapping, and felon-in-possession-of-a-weapon investigations, which are violations of United States Code (USC).  I have conducted and participated in search warrants, arrest warrants, and interviews of people involved in violent crimes, to include crimes against children. As a Special Agent, I have also attended several trainings, conferences, and obtained certifications relevant to the specific violations I have been assigned to investigate. I utilized the information from those trainings and conferences to stay current on trends as well as to learn best techniques for investigating violations of USC; examples of these trainings and certifications include the following; digital evidence extraction technician certification, sexual maturity training, crimes against children investigators courses, sex offender interview specialist course, online covert concepts and techniques certification, and received a Global Information Assurance Certification in Security Essentials.  I am familiar with the definition of child pornography pursuant to 18 U.S.C. § 2256, and I know that the phrase "Child Sexual Abuse Material" (CSAM) is also used to describe federally chargeable child pornography.

2

5.      For applications for search and arrest warrants, I am a federal law enforcement officer under applicable provisions of the United States Code and under Rule 41(a) of the Federal Rules of Criminal Procedure.

6.      I base this affidavit upon training, experience, personal knowledge and observations during this investigation, information conveyed by other law enforcement officers, including Special Agent Andrew Hippler with IRS Criminal Investigation ("IRS-CI") in Washington D.C., who is involved in the investigation, and upon my personal review of records, documents, and other information.   Special Agent Hippler has been assigned to IRS-CI since November 2020 and specifically the Cyber Crimes Unit since December 2024, where he received training and gained experience investigating criminal schemes perpetrated via the internet which commonly involve the use of cryptocurrency. Agent Hippler's experience and duties include investigations involving the use of dark net markets to purchase contraband and illicit items.  Agent Hippler is a trained and licensed accountant who did public accounting, including forensic accounting, for approximately six years before he joined the IRS-CI.

7.      I have set forth sufficient facts to establish probable cause that Pantoja has committed violations of 18 U.S.C. § 2252(a)(2) (Receipt of Child Pornography) and 18 U.S.C. § 2252(a)(4)(B) (Possession of and Access with Intent to View Child Pornography).

8.      Any dates referred to in this affidavit are on or about those dates and any ages referred to are approximately those ages.

3

## STATUTORY AUTHORITY

9.     As noted above, this investigation concerns alleged violations of the following:

  a.   18 U.S.C. § 2252(a)(2), in summary, prohibits any person from knowingly receiving or conspiring or attempting to receive any visual depiction of a minor engaged in sexually explicit conduct using any means or facility of interstate or foreign commerce.

  b.   18 U.S.C. § 2252(a)(4)(B), in summary, prohibits any person from knowingly possessing or accessing with the intent to view, one or more matter which contains a visual depiction of a minor engaged in sexually explicit conduct which has been shipped or transported using any means of interstate or foreign commerce, including by computer.

## DETAILS OF INVESTIGATION

10.     As detailed below, this investigation thus far shows that on multiple occasions from July 2024 through February 2026, Pantoja knowingly received and attempted to receive child pornography. On February 18, 2026, Pantoja knowingly possessed child pornography that had been obtained via the internet and other electronic means, each affecting interstate and foreign commerce.

4

11.    During the execution of a search warrant on February 18, 2026, further described below, Pantoja made voluntary admissions to law enforcement including that he knowingly received child pornography through the internet with the intent to view it and knowingly possessed child pornography on his cell phone and media storage devices, such as SD cards.

## TARGET WEBSITE Background

12.    TARGET WEBSITE[1] was a CSAM marketplace that operated from October 2023 through September 2025, when its operations were disrupted by a foreign law enforcement agency[2] (referenced herein as "FLA").  TARGET WEBSITE was exclusively accessible from the dark net[3] and accepted payment only via cryptocurrency

---

[1] The true name of the TARGET WEBSITE is known to law enforcement but redacted here to protect the integrity of the ongoing investigation into the users of the site.
    TARGET WEBSITE was a "Tor" hidden service dedicated to the sexual exploitation of children. The "Tor network," or simply "Tor" (an abbreviation for "The Onion Router"), is a special network of computers on the Internet, distributed around the world, designed to conceal the true Internet Protocol ("IP") addresses of the computers accessing the network, and, thereby, the locations and identities of the network's users. Tor also enables websites to operate on the network in a way that conceals the true IP addresses of the computer servers hosting the websites, which are referred to as "hidden services" on the Tor network. Such hidden services operating on Tor have complex web addresses, generated by a computer algorithm, ending in ".onion" and can only be accessed through specific web browser software, including a browser known as "Tor Browser," designed to access the Tor network. Tor is available on cellphones using the Android and Apple operating systems by installing an application that puts a TOR-enabled internet browser on a user's cellphone, which then routes the phone's IP address through different servers all over the world, making it extremely difficult to track.
[2] This foreign law enforcement agency is known to me and redacted for this affidavit because of the ongoing investigation.
[3] The "dark web" is a portion of the "Deep Web" (i.e., unindexed) of the Internet, where individuals must use an anonymizing software or application called a "dark net" to access content and websites. Within the dark web, criminal marketplaces operate, allowing individuals to buy and sell illegal items, such as drugs, firearms, and other hazardous materials, or illicit content such as CSAM, with greater anonymity than is possible on the traditional Internet (sometimes called the "clear web" or simply the "web"). These online market websites use a variety of technologies, including the Tor network (defined below) and other encryption technologies, to ensure that communications and transactions are shielded from interception and monitoring. Famous dark web marketplaces, also called Hidden Services, such as Silk Road, AlphaBay, and

such as Bitcoin.[4] The TARGET WEBSITE platform's content included videos containing sexual abuse of prepubescent children and post-pubescent persons who appeared to be teenagers under the age of 18.[5]

13.     I have reviewed, among other data related to the site, 27 separate screenshots[6] of the main page of the TARGET WEBSITE that were captured by a private company[7] on 27 separate dates between January 17, 2024, and August 30, 2025, while the site was still operational. As seen in each screenshot, the dark web address begins with "http://[TARGET WEBSITE][...]:" and ends with ".onion," showing it is a darknet website accessed via Tor. As outlined in the screenshots, there are links to various videos that appear, based on the descriptions and images, to reference CSAM. The screenshots include numerous thumbnail images depicting CSAM, which I have reviewed. A sample is described as follows:

   a. A TARGET WEBSITE screenshot captured on January 17, 2024 contains a thumbnail image depicting a nude, young boy (who looks no older than age 12) touching his penis with a woman in the foreground. The video, titled

---

Hansa (all of which were eventually shut down by law enforcement), operated similarly to "clear web" commercial websites such as Amazon and eBay, but instead offered illicit goods and services.

[4] Bitcoin (or "BTC") is a type of virtual currency. Unlike traditional, government-controlled currencies (i.e., fiat currencies), such as the U.S. dollar, Bitcoin is not managed or distributed by a centralized bank or entity. Because of that, Bitcoin can be traded without the need for intermediaries. Bitcoin transactions are approved/verified by computers running Bitcoin's software. Those computers are called network nodes. Each node uses cryptography to record every Bitcoin transaction on the Bitcoin blockchain. The Bitcoin blockchain is a public, distributed ledger. Bitcoin can be exchanged for fiat currency, other virtual currencies, products, and services.

[5] Although the TARGET WEBSITE appeared to be overwhelmingly used for hosting CSAM, there was a small amount of adult pornography content seen as well.

[6] These screenshots can be made available upon request.

[7] This company provides law enforcement with open-source intelligence related to the dark web and cryptocurrency Data obtained from this company has been used by the investigative team in numerous unrelated investigations and has been found to be reliable.

"Hermanito y hermana mayor", has a further description (or subtitle) of "Young brother jerks off on sisters back." Below the text, there is a rectangular box that links to "VIDEO ORIGINAL." The tags below indicate the video has been tagged or labeled as "Masturbation," "Hispanic," "Hardcore," "Boy," and "4-10 Pedophilia." That same page also contains a thumbnail image of a mouth on a penis. The video, titled "Russian little prostitute suck," is subtitled "pub Russian little girl suck cock for money." The tags below the video link are "Blowjob," "Girl," "11-15 Hebephilia,"[8] "Close-up," "Softcore," and "White." The next page contains a thumbnail image titled "Young blonde riding dad." The subtitle states, "a cute young girl riding his dad." The image depicts a nude minor female straddling a larger nude body and apparently engaging in sexual intercourse. The tags underneath the "VIDEO ORIGINAL" link describe the video as "Pussy Full Penetration," "Softcore," "Hispanic," "4-10 Pedophilia," and "Girl."

b. A TARGET WEBSITE screenshot captured on February 1, 2024 shows a thumbnail of a nude, prepubescent girl who is described as "11yo Ulyana." The girl is sitting on her knees, with her exposed chest facing the camera. The same page contains a thumbnail from a video titled "dad ass fucks son." The image depicts a nude male on top of another male whose pants are pulled down. The video is tagged with "Anal Penetration, Rape, Boy, 4-10

---

[8] I know from my training and experience that "hebephilia" is a sexual attraction to teenage / adolescent individuals.

7

Pedophilia, Harccore, Asian, Cum on Ass, Cumshot." That page also contains a thumbnail from a video titled "Dad Son Oral," further described as "Boy giving his dad a happy ending." The thumbnail depicts a toddler-aged boy next to a nude adult male. The male's left hand is on the head of the toddler, and his right hand is on his penis, which is close to the head of the toddler. The video is tagged "Blowjob, Hardcore, White, 1-3 Nepiophilia,[9] Boy, Webcam."

    c.    A TARGET WEBSITE screenshot captured on April 20, 2024 contains a thumbnail image for a video titled "so much room in the 6 yo girl." The subtitle states, "lil girl takes a huge cock deep in her ass." The thumbnail image depicts a girl on her stomach, who looks prepubescent to me as compared to the size of the man lying on top of her with his penis inside her anus. The video is tagged "Anal Penetration, White, Girl, 4-10 Pedophilia, Big Cock, Hurtcore, Close-up, Rape."

14.    On September 2, 2025, the alleged administrator of TARGET WEBSITE was apprehended in a foreign country, known to me but redacted for this affidavit. Soon thereafter, FLA seized servers for the TARGET WEBSITE.[10]

---

[9] I know, in my training and experience, that nepiophilia refers to the sexual interest in and arousal by infants.

[10] The FLA is a national law enforcement agency of a country with an established rule of law. There is a long history of U.S. law enforcement sharing criminal investigative information with the FLA and the FLA sharing criminal investigative information with U.S. law enforcement, across disciplines and including the investigation of crimes against children. The FLA advised U.S. law enforcement that it obtained the information in this investigation through independent means that was lawfully authorized in the FLA's country pursuant to its national laws. The FLA further advised U.S. law enforcement that the FLA had not interfered with, accessed, searched or seized any data from any computer in the United States in order to obtain the above information.

### Seized Data Obtained and Reviewed by U.S. Law Enforcement

15.    A review of the server data seized by FLA, which was provided to the investigative team, showed that the TARGET WEBSITE was operational from October 2023 through its disruption in September 2025.

16.    The seized data showed that the TARGET WEBSITE required users to create accounts to access the platform. There were more than 300,000 accounts created from late 2023 through late 2025, the approximate dates known to be but redacted in this affidavit to protect an ongoing investigation.  The seized data shows these accounts were used on more than 800,000 instances from late 2024 through late 2025 (again, approximate dates known to me) to view videos that contained CSAM which included graphic and vulgar references of a sexual nature, including sex acts involving young children and pedophilia, as well as sexual violence.[11]

17.    In most instances, the seized data contained sufficient information for law enforcement to identify precisely which videos were viewed by each account, and the date and timestamp of when the video was viewed.

18.    The seized data also included a user database which contained, inter alia, a list of usernames and passwords as well as the total number of videos viewed by each user, and the number of times the user "rated" a video.  The TARGET WEBSITE used an internal rating system. Users could rate videos they viewed; however, these ratings were

---

[11] For example, other titles and subtitles/descriptions from screenshots reviewed reference BDSM and include the following: "12 year old girl gets gangbanged"; "daughter anal raped by thick cock"; "Afghanistan boy forced anal by older man!" (with a "crying" tag); and "WoW Man Drugged and Rape young girl 9-11 yo Okuruma in Car 4m9s."

9

not visible to other users and appeared to serve only the individual user's convenience (serving, for instance, as a bookmark or a "like"). In this investigation, it serves as evidence that the account holder viewed the video.

19.     The TARGET WEBSITE provided free subscriptions to users who created accounts, allowing users to access a limited number of videos per day without payment. Additionally, the platform offered monthly, weekly, and yearly subscriptions to paying customers.

20.     All known payments to TARGET WEBSITE were made with cryptocurrency. The seized data contained detailed cryptocurrency payment information, including deposit addresses used by the TARGET WEBSITE service and other transaction identifiers. This allowed law enforcement to identify specific subscriptions purchased by certain users, and to identify the source of the payment through blockchain analysis[12].

---

[12] While the identity of a BTC address owner is generally anonymous (unless the owner opts to make information about the owner's BTC address publicly available), investigators can use the blockchain to identify the owner of a particular BTC address in the following way. Because the blockchain serves as a searchable public ledger of every BTC transaction, investigators can trace transactions to BTC virtual asset service providers ("VASP"). Because VASPs generally collect identifying information about their customers, subpoenas or other appropriate legal process submitted to the VASP, in some instances, reveal the true identity of an individual responsible for a BTC transaction.
    To conduct blockchain analysis, law enforcement officers use reputable, free open-source blockchain explorers, as well as commercial tools and services. These commercial tools are offered by different blockchain-analysis companies. The analysis can also reveal additional addresses controlled by the same individual or entity. "For example, when an organization creates multiple [Bitcoin] addresses, it will often combine its [Bitcoin] addresses into a separate, central [Bitcoin] address (i.e., a "cluster"). It is possible to identify a 'cluster' of [Bitcoin] addresses held by one organization by analyzing the [Bitcoin] blockchain's transaction history. Open-source tools and private software products can be used to analyze a transaction." *United States v. Gratkowski*, 964 F.3d 307, 309 (5th Cir. 2020). Banks and law enforcement worldwide use this third-party blockchain-analysis software as, among other things, an anti-money laundering software. It has supported many investigations and been the basis for numerous search and seizure warrants. Further, computer scientists have independently shown that they can use these "clustering" methods as clues to analyze how BTC are aggregated or split up, and to identify BTC addresses and their respective account owners. Through numerous unrelated investigations, law enforcement has found the information associated with these blockchain analysis tools to be reliable. Agent Hippler is familiar with and trained in the use of these tools and has used them to successfully to obtain reliable information in many unrelated investigations.

10

21.     Through blockchain analysis, the investigative team was able to identify transfers directly from U.S.-based cryptocurrency exchanges to the TARGET WEBSITE service. This included transfers from a Cash App[13] account later identified as belonging to Pantoja.

## Cryptocurrency Exchange Records

22.     On November 28, 2025, a subpoena was sent to Block for records associated with Cash App Accounts that were connected to cryptocurrency transactions on the TARGET WEBSITE, based on data provided by FLA. IRS-CI analyzed the Cash App records, along with the server information provided by the FLA, to identify various U.S.-based users who appeared to have purchased subscriptions to the TARGET WEBSITE.  Using blockchain analysis and records provided pursuant to "Know Your

---

[13] Cash App is a financial service application in the United States. Cash App is owned by Block, Inc. An individual can access Cash App through a web browser or through an application installed on a compatible mobile device. Users can use Cash App to send and receive money, including Bitcoin (BTC). Data stored on Cash App is encrypted. To create and log into a Cash App account, users must complete a Know Your Customer ("KYC") verification process. This requires providing personal details such as their name, date of birth, and, in some cases, a Social Security Number or photo ID. KYC verification unlocks additional features and higher transaction limits. Once verified, users can set up a unique username, enabling other users and businesses to find them for sending and receiving funds.

After users set up an account, they may link it to an existing bank account. Once the banking account is synced to their Cash App account, users can transfer funds to and from their linked account. Any funds that are received are stored in the Cash App balance account unless and until the user transfers it to a linked banking account. Cash App payments are instantly and immediately available after the transfer. Cash App can impose a daily limit on funds being transferred, but users can choose to verify their accounts to have their limits increased. Cash App users have the option to decline transfers from other users. Cash App users also have the option to attach messages to any funds sent or requested.

Cash App also acts as a VASP, in that the platform allows its users to withdraw, deposit, send, or receive BTC using BTC addresses on the BTC network. Users can purchase BTC directly through the app using their Cash App balance, linked bank accounts, or debit cards. Once acquired, users can send BTC to other wallets or businesses by entering a recipient's BTC address or scanning a QR code. Cash App also enables users to receive BTC by sharing their wallet address or QR code.

Customer" (KYC) laws, Pantoja was identified as being a Cash App user who sent transactions of cryptocurrency to the TARGET WEBSITE.

### Identification of the PANTOJA Cash App Account

23.     Cash App records showed an account in the name of Manuel Felix Pantoja, with his DOB (XX/XX/1991—full DOB known to me), that was created on or about May 12, 2018. Identity verification documents provided by Pantoja, as required by Cash App to open the account, included his social security number and his Arizona driver's license that reflected his 1991 DOB.  Pantoja also provided Cash App with a "selfie" photograph that appeared to match Pantoja's driver's license photo. According to records provided by Cash App, Pantoja's Cash App account was used to make six transfers to TARGET WEBSITE, totaling approximately 0.00245374 bitcoin, worth approximately $217 at the time of the transactions, which spanned from October 31, 2024, through December 21, 2024, as outlined in the table below:

| Date | Amount (BTC) | Amount (USD) |
|---|---|---|
| 10/31/2024 | 0.00014000 | $    10.12 |
| 11/08/2024 | 0.00100000 | $    76.09 |
| 11/20/2024 | 0.00010868 | $    10.05 |
| 11/29/2024 | 0.00010275 | $     9.82 |
| 12/09/2024 | 0.00099970 | $   101.32 |
| 12/21/2024 | 0.00010261 | $     9.99 |
| Totals | 0.00245374 | $   217.39 |

24.     Additionally, Pantoja's Cash App account was used to initiate the following transfers to other Cash App users:

| Date/Time (UTC) | Status | USD | Action | Sender Subject |
|---|---|---|---|---|
| 2024-08-10 04:21:56 | Blocked | 75.00 | Paying | Baby Content |
| 2024-07-29 05:38:52 | Paid | 60.00 | Paying | Baby & Toddler |
| 2024-07-29 05:29:13 | Blocked | 60.00 | Paying | Baby & Toddlers |

12

| | | | | |
|---|---|---|---|---|
| 2024-07-29 05:20:43 | Blocked | 60.00 | Paying | Baby & Toddlers |
| 2024-07-29 03:50:53 | Paid | 60.00 | Paying | Baby & Toddler Content |
| 2024-07-27 06:59:38 | Paid | 30.00 | Paying | Toddler Age Content |

25.     As outlined in the table above, from July 27, 2024, through August 10, 2024, Pantoja's Cash App account was used to attempt six payments totaling $345, with individual transaction amounts ranging from $30 to $75. Cash App, like many peer-to-peer payment platforms, allows the sender of a transaction to enter a subject or memo indicating the purpose of the transaction. From training and experience, the subjects listed on the transactions attempted by Pantoja appear to indicate attempted purchases of CSAM, including explicit references to "Toddler Age Content," "Baby Content," and "Baby & Toddlers." Three of the payments were "Blocked" or rejected by Cash App for unknown reasons, but three of the payments were "Paid" or processed.

26.     During the interview with federal agents on February 18, 2026, herein referenced as the "LE Interview," Pantoja acknowledged he owned and controlled the Cash App account. This account was associated with email address "svhiphop09[@]yahoo.com" until October 17, 2025, approximately one month after the TARGET WEBSITE platform was taken down, and then "mfp0308[@]gmail.com."[14] During the LE interview, Pantoja also admitted to establishing an account on the TARGET WEBSITE around Halloween 2024. Pantoja stated he would have used the username "Man Cub" or something similar. Pantoja disputed some of the bitcoin transactions in the Cash App account, including those listed in July and August 2024. Specifically, Pantoja told federal agents he noticed unusual

---

[14] During the LE Interview, Pantoja also admitted to ownership and control of both of these email accounts.

13

transactions where his bitcoin was being transferred out of his account, but maintained that he did not use the Cash App account to purchase CSAM. However, Pantoja told federal agents that on one occasion he used a different application or service to purchase Monero, another form of cryptocurrency that prioritizes anonymity, which he used to attempt to purchase CSAM from a dark net marketplace.

### Identification of the Pantoja TARGET WEBSITE Account

27.     Cash App records, server records provided by FLA, and blockchain analysis establish that each of the six payments from Pantoja's Cash App account were transferred to cryptocurrency deposit addresses associated with a TARGET WEBSITE account with username "Mancub." As previously noted, Pantoja told federal agents during the LE Interview that he established a TARGET WEBSITE account on or about October 31, 2024.

28.     The TARGET WEBSITE user database showed the ManCub account had 2,663 total views, and 430 total ratings. The account was created on October 31, 2024, the date of the first transfer from Cash App. The ManCub account was logged into 106 times, from October 31, 2024, through June 12, 2025, and the ManCub account purchased several TARGET WEBSITE subscriptions which included the following weekly subscription periods:

      d.    November 8, 2024, through November 15, 2024;

      e.    December 9, 2024, through December 16, 2024; and

      f.    December 21, 2024, through December 28, 2024.

29.     The TARGET WEBSITE database contained detailed information about the ManCub account, including identification of the specific videos the ManCub account

14

viewed with their descriptions.[15]     According to the database logs from TARGET WEBSITE, on the day Pantoja set up his ManCub account, October 31, 2024, (a day he paid for a daily subscription), Pantoja viewed the following:

| Date and Time | Title | Description |
|---|---|---|
| 10/31/2024 4:11 | Rape Video | Rape Video of Dude Manhandling His Girl |
| 10/31/2024 4:39 | Baby Girls Pees | Baby Peeing |
| 10/31/2024 4:54 | 2yo[16] fucking - YOyo | |
| 10/31/2024 4:56 | Brother and Sister 3/10 | |
| 10/31/2024 4:57 | old man fucking little girl | a old man fucking with a little girl |
| 10/31/2024 4:58 | Perverted Dad fulfills his fantasy on his baby girl. | |
| 10/31/2024 5:01 | baby girl blows big brother. | baby girl blows big brother. |
| 10/31/2024 5:02 | 10 yo girl showing all | 1 yo girl having fun in toilet with camera |
| 10/31/2024 5:08 | the girl in pink XXIII | dad fucking daugther |
| 10/31/2024 5:11 | toggler anal exploration with finger and dick | |
| 10/31/2024 5:24 | Pedomom sits on baby boy's penis | it seems that baby boy likes it. |
| 10/31/2024 5:41 | Mom mastubates toddler. Sweet. | Pedomom massages boy |
| 10/31/2024 5:57 | Mother fister by her little 3yo | |
| 10/31/2024 23:16 | Pedomom suck little dick | 1 yo get dick sucked by mom |
| 10/31/2024 23:17 | Woman Sucks toddler in bathroom | |
| 10/31/2024 23:24 | young boy [12] masturbate | young boy [12] masturbatein bed until clear cum. |
| 10/31/2024 23:29 | woman with boys | elderly women and children |
| 10/31/2024 23:36 | pedomom having fun with kid | lucky kid gets to fuck and finger his pedomom |
| 10/31/2024 23:48 | Boy Being Dressed For Circumcision Celebration 7 | |

---

[15] These descriptions were listed underneath the thumbnail and title, and were not done by Pantoja.
[16] I know, from my training and experience, that "yo" is an abbreviation for "year old" and this title likely refers to content depicting a 2-year-old child.

15

### Execution of Search Warrants

30.    On the basis of this and other information, on February 13, 2026, the Honorable Eileen S. Willett authorized three search warrants for a residence (located at 7111 N. 75th Ave., Glendale, AZ  85303-2526) (Case No. 26-9032 MB), a vehicle registered to the residence (Case No. 26-9033 MB), and the person of Manuel Pantoja (Case No. 26-9031 MB), who lived at the residence and drove the vehicle, for digital devices and other evidence relating to child pornography violations.  The search warrants were sealed.The three authorized search warrants were executed on February 18, 2026. Pantoja was contacted at his residence in the morning hours.  Agent Hippler and I interviewed Pantoja in a mobile van that was onsite while the search was conducted.  We advised Pantoja of his *Miranda* rights, which he acknowledged he understood, and he agreed to answer questions.

31.    Pantoja lived at the residence with a girlfriend and her teenage child. Pantoja described his employment as a preschool teacher's assistant and an after school teacher at Desert View Elementary School in Phoenix, Arizona. Pantoja told law enforcement that most of the preschool children were autistic and many were nonverbal. Pantoja admitted to having sexual urges or attractions to some of the children while he was working, but asserted that he had never acted on them by touching the children inappropriately at his job, or otherwise.  During the interview, Pantoja asked if any complaints had been made against him by children at the school.

32.    Pantoja admitted to being attracted to child pornography.  Pantoja admitted using the dark web to view and obtain child pornography.  Pantoja admitted to using cryptocurrency on at least one occasion to attempt to purchase child pornography.

16

33.     Pantoja admitted to the creation of an account around Halloween 2024 on a dark net child pornography marketplace and specifically named the TARGET WEBSITE. Pantoja said he downloaded and maintained approximately 1,000 images or videos containing child pornography which he stored on removable memory cards located in his residence. Pantoja stated he used a memory card reader connected to his phone to view the child pornography contained on the media approximately twice per day.  Pantoja said his child-pornography collection would contain children as young as age four and that that the cellular phone on his person would contain child pornography.

34.     Pantoja also admitted to sharing or distributing child pornography using encrypted messaging applications.  Pantoja said he volunteered to be the administrator of at least one of the groups within a particular encrypted messaging application. According to Pantoja, the main purpose of the group was to trade/distribute/receive CSAM. Pantoja was made an administrator upon his request when the then-current administrator of the group stated he did not want to be caught with "this stuff" and that he was going to close the channel/group. Pantoja requested to be made the administrator because the channel contained "the stuff" Pantoja was interested in. When asked to specify what "stuff" meant in this context, Pantoja stated he meant "child porn[ography]."

35.     During the interview, I reviewed Pantoja's cell phone pursuant to the warrant and in the presence of Pantoja and SA Hippler. I observed several file folders under the "Files" app. The file folders were named innocuous things such as "Red" and "Green". Within those file folders I observed over a hundred images and videos that were consistent with CSAM. The images and videos depicted nude minors, males and females, either with

their genitals displayed in a lascivious manner and/or engaged in sexual conduct. Examples of the files I viewed on Pantoja's phone are listed as follows:

    g.  One video showed a nude, prepubescent, female minor with an adult male penis being placed near and onto the minor's face.

    h.  One image depicted a nude, prepubescent, female minor laying on her back with her legs spread. The focus of the image was the female minor's genital area.

36.    I also reviewed a list of conversations in an encrypted messaging application. The display name of the user logged into the encrypted messaging application was "Man Cub", username "@mannyjcub", and also had a phone number displayed which had been identified by law enforcement as belonging to Pantoja. I confirmed with Pantoja that "Man Cub" was his display name, "@mannyjcub" was his username, and the phone number listed was in fact his phone number. One of the conversation threads showed a message from "Man Cub" to another individual asking if that individual had anything with four year olds (i.e., any child pornography depicting four year old children).

## AFFIANT'S CONCLUSIONS

37.    I respectfully submit there is probable cause to believe that the federal criminal statutes of Receipt of Child Pornography and Possession and Accessing with Intent to View Child Pornography, namely 18 U.S.C. §§ 2252(a)(2) and 2252(a)(4)(B) respectively, have been violated, in support of Manuel Pantoja's arrest.

18

Pursuant to 28 U.S.C. § 1746(2), I declare that the foregoing is true and correct to the best of my knowledge and belief.

Respectfully submitted,

SARAH NORTH   Digitally signed by SARAH NORTH
Date: 2026.02.19 10:43:49 -07'00'

Sarah North
Special Agent
Federal Bureau of Investigation

Sworn and subscribed telephonically before me this ___19ᵗʰ___ day of February, 2026.

HONORABLE JOHN Z. BOYLE
United States Magistrate Judge

19